United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 15-14994-amc
Gene Hregician                                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Antoinett          Page 1 of 1              Date Rcvd: Jan 29, 2020
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13771657        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 30 2020 03:27:45
                 LSF9 MASTER PARTICIPATION TRUST,   c/o CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
        ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Financial Pennsylvania, Inc. paeb@fedphe.com
        DAVID B. SCHWARTZ    on behalf of Attorney David B. Schwartz david@dbsesq.com,
    DBSchwartzesq@aol.com
        DAVID B. SCHWARTZ    on behalf of Debtor Gene  Hregician david@dbsesq.com,   DBSchwartzesq@aol.com
        JEREMY JOHN KOBESKI    on behalf of Creditor    WELLS FARGO FINANCIAL PENNSYLVANIA, INC.
    paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
        KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust kbuttery@rascrane.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
    ecf_frpa@trustee13.com
        MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
        PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Financial Pennsylvania, Inc.
    paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                               TOTAL: 14

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-14994-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Gene Hregician
21 Church Street
Alburtis PA 18011

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/28/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: LSF9 MASTER PARTICIPATION TRUST, c/o CALIBER HOME LOANS, INC., 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134 | CSMC 2019-RPL9 Trust<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/31/20

Tim McGrath
**CLERK OF THE COURT**