| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-14994-PMM

GENE HREGICIAN  
21 CHURCH STREET  
ALBURTIS  PA   18011

Petition Filed Date: 07/13/2015  
341 Hearing Date: 10/06/2015  
Confirmation Date: 03/10/2016

Case Status: Completed on 7/10/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $892.00 | 24979499021 | 02/13/2019 | $892.00 | 25449070915 | 03/12/2019 | $892.00 | 25736831010 |
| 04/12/2019 | $892.00 | 25449071444 | 05/14/2019 | $892.00 | 25736552245 | 06/11/2019 | $892.00 | 25736552436 |
| 07/12/2019 | $892.00 | 25736552561 | 08/13/2019 | $892.00 | 25829222747 | 09/10/2019 | $892.00 | 25829223491 |
| 10/09/2019 | $892.00 | 25736552864 | 11/12/2019 | $892.00 | 25736555305 | 12/09/2019 | $892.00 | 26390175006 |
| 01/07/2020 | $892.00 | 23640459930 | 02/10/2020 | $892.00 | 26390051662 | 03/09/2020 | $892.00 | 26390051886 |
| 04/07/2020 | $892.00 | 26390050356 | 05/06/2020 | $892.00 | 25829224874 | 06/11/2020 | $892.00 | 26390052450 |
| 07/10/2020 | $892.00 | 26390052742 | | | | | | |

**Total Receipts for the Period:  $16,948.00    Amount Refunded to Debtor Since Filing:  $706.79   Total Receipts Since Filing: $49,044.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | SELECT PORTFOLIO SERVICING INC<br>»»  002 | Mortgage Arrears | $31,251.34 | $31,251.34 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»»  001 | Unsecured Creditors | $3,156.85 | $3,156.85 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  003 | Unsecured Creditors | $802.75 | $802.75 | $0.00 |
| 4 | SCHMOYER FUNERAL HOME<br>»»  004 | Unsecured Creditors | $3,924.00 | $3,924.00 | $0.00 |
| 7 | WELLS FARGO BANK NA<br>»»  007 | Mortgage Arrears | $1,575.25 | $1,575.25 | $0.00 |
| 6 | WELLS FARGO BANK NEVADA NA<br>»»  006 | Unsecured Creditors | $1,604.97 | $1,604.97 | $0.00 |
| 5 | DAVID B SCHWARTZ ESQ<br>»»  005 | Attorney Fees | $1,800.00 | $1,800.00 | $0.00 |
| 0 | GENE HREGICIAN | Debtor Refunds | $706.79 | $706.79 | $0.00 |

**Chapter 13 Case No. 15-14994-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,044.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $44,821.95 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,222.05 | Total Plan Base: | $49,044.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.