United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 15-14994-pmm
Gene Hregician                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: ChrissyW          Page 1 of 2          Date Rcvd: Sep 04, 2020
                              Form ID: 138NEW         Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2020.
```
db              +Gene Hregician,    21 Church Street,    Alburtis, PA 18011-9541
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13562682        +Alburtis Borough,    260 Franklin Street,    P.O. Box 435,    Alburtis, PA 18011-0435
14452074        +CSMC 2019-RPL9 Trust,    c/o   Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14458667        +CSMC 2019-RPL9 Trust,    Serviced by Select Portfolio Servicing,,    PO Box 65250,
                  Salt Lake City, UT 84165-0250
14451829        +CSMC 2019-RPL9 Trust,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
13562683         Carl F. Schmoyer Funeral Home,    8926 Brookdale Road,    P.O. Box 190,
                  Breinigsville, PA 18031-0190
13562684        +Convergent Healthcare Recoveries, Inc,    121 NE Jefferson Street, Suite 100,
                  Peoria, IL 61602-1229
13640933        +David B. Schwartz, Esquire,    514 Fullerton Avenue, Suite 2,    Whitehall, PA 18052-6731
13562685         First National Bank of Omaha,    P.O. Box 2557,    Omaha, NE 68103-2557
13562687        +Lehigh County Tax Claim Bureau,    17 S. 7th Street, Room 120,    Allentown, PA 18101-2401
13562688        +Lehigh County Tax Claim Bureau,    C/O Northeast Revenue Service,    17 S. 7th Street, Room 120,
                  Allentown, PA 18101-2401
13562689        +Lehigh Valley Hospital,    P.O. Box 689,    Allentown, PA 18105-1556
13562692        +Mariner Finance, LLC,    8211 Town Center Drive,    Baltimore, MD 21236-5904
13562691         Mariner Finance, LLC,    1280 Hanover Ave,    Allentown, PA 18109
13562693        +Meredith Wooters, Esq,    Phelan Hallinan Diamond & Jones, LLP,    2727 West Cypress Creek Road,
                  Fort Lauderdale, FL 33309-1721
13569335       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court:   First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,
                  Omaha, NE 68197)
13562697         Penn Credit,    916 S 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
13562698        +Phelan Hallinan, L.L.P,    1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13562699         Reading Health Systems,    PO Box 16052,    Reading, PA 19612-6052
13616984        +Schmoyer Funeral Home,    PO Box 190,    Breingsville, PA 18031-0190
13562701        +Wells Fargo Bank, N.A.,    P.O. Box 10335,    Des Moines, IA 50306-0335
13656066         Wells Fargo Bank, N.A. Home Equity Group,    1 Home Campus X2303-01A,
                  Des Moines, IA 50328-0001
13653448        +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
13562702        +Wells Fargo Consumer Credit Solutions,    P.O. Box 30086,    Los Angeles, CA 90030-0086
13562703         Wells Fargo Financial Bank,    P.O. Box 660449,    Dallas, TX 75266-0449
13599252        +Wells Fargo Financial Pennsylvania, Inc,    3476 Stateview Blvd,    MAC# D3347-014,
                  Ft Mill, SC 29715-7203
13567834         Wells Fargo Financial Pennsylvania, Inc.,    c/o Jeremy J. Kobeski, Esq.,
                  1617 JFK Boulevard, Suite 1400,    1 Penn Center Plaza,    Philadelphia, PA 19103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2020 03:55:34
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2020 03:55:47      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: jennifer.chacon@spservicing.com Sep 05 2020 04:01:52
                  SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
13562686        E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 05 2020 03:55:06      Internal Revenue Service,
                  P.O. Box 219236,    Kansas, MO 64121-9236
13771657       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 05 2020 04:01:51
                  LSF9 MASTER PARTICIPATION TRUST,    c/o CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                  OKLAHOMA CITY, OK 73134-2500
13562696       +E-mail/Text: Bankruptcies@nragroup.com Sep 05 2020 04:01:51      National Recovery Agency,
                  2491 Paxton Street,    Harrisburg, PA 17111-1036
13562700       +E-mail/Text: bk@rgsfinancial.com Sep 05 2020 03:55:00      RGS Financial, Inc.,
                  1700 Jay Ell Drive, Suite 200,    Richardson, TX 75081-6788
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13562690*       +Lehigh Valley Hospital,    P.O. Box 689,    Allentown, PA 18105-1556
13562695*        National Penn Bank,    P.O. Box 547,    Boyertown, PA 19512-0547
```

```
District/off: 0313-4          User: ChrissyW              Page 2 of 2                  Date Rcvd: Sep 04, 2020
                              Form ID: 138NEW             Total Noticed: 39

13562694      ##National Penn Bank,   P.O. Box 547,   Boyertown, PA 19512-0547
                                                                                       TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:

```
          ANDREW  SPIVACK    on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
          ANDREW  SPIVACK    on behalf of Creditor   Wells Fargo Financial Pennsylvania, Inc. paeb@fedphe.com
          DAVID B. SCHWARTZ    on behalf of Debtor Gene  Hregician david@dbsesq.com, DBSchwartzesq@aol.com
          DAVID B. SCHWARTZ    on behalf of Attorney David B. Schwartz david@dbsesq.com,
           DBSchwartzesq@aol.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com
          JEREMY JOHN KOBESKI    on behalf of Creditor    WELLS FARGO FINANCIAL PENNSYLVANIA, INC.
           jkobeski@grenenbirsic.com
          JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          KEVIN M. BUTTERY    on behalf of Creditor    LSF9 Master Participation Trust
           cdigianantonio@rascrane.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Financial Pennsylvania, Inc.
           paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 16
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gene Hregician
       Debtor(s)                                      Bankruptcy No: 15–14994–pmm

                                                                                   Chapter: 13

_____

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
              Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                      Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                         For The Court
                                                                    Timothy B. McGrath
                                                                      Clerk of Court

Dated: 9/4/20

                                                                                                          52 – 51
                                                                                    Form 138_new