United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gene Hregician
        Debtor

Case No. 15-14994-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2          Date Rcvd: Sep 25, 2020
                             Form ID: 3180W            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
```
db              +Gene Hregician,   21 Church Street,   Alburtis, PA 18011-9541
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, Inc,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14458667        +CSMC 2019-RPL9 Trust,   Serviced by Select Portfolio Servicing,,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
13640933        +David B. Schwartz, Esquire,   514 Fullerton Avenue, Suite 2,   Whitehall, PA 18052-6731
13569335        ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                 (address filed with court:  First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,
                 Omaha, NE 68197)
13616984        +Schmoyer Funeral Home,   PO Box 190,   Breingsville, PA 18031-0190
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:49
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2020 04:18:17    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13562686         EDI: IRS.COM Sep 26 2020 07:53:00    Internal Revenue Service,   P.O. Box 219236,
                 Kansas, MO 64121-9236
13656066         EDI: WFFC.COM Sep 26 2020 08:03:00   Wells Fargo Bank, N.A. Home Equity Group,
                 1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
13653448        +EDI: WFFC.COM Sep 26 2020 08:03:00    Wells Fargo Card Services,   1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                      TOTAL: 5
```

```
       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
```
          ANDREW  SPIVACK   on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
          ANDREW  SPIVACK   on behalf of Creditor   Wells Fargo Financial Pennsylvania, Inc. paeb@fedphe.com
          DAVID B. SCHWARTZ   on behalf of Debtor Gene  Hregician david@dbsesq.com,   DBSchwartzesq@aol.com
          DAVID B. SCHWARTZ   on behalf of Attorney David B. Schwartz david@dbsesq.com,
           DBSchwartzesq@aol.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com
          JEREMY JOHN KOBESKI   on behalf of Creditor   WELLS FARGO FINANCIAL PENNSYLVANIA, INC.
           jkobeski@grenenbirsic.com
          JEROME B. BLANK   on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   LSF9 Master Participation Trust paeb@fedphe.com
          KEVIN M. BUTTERY   on behalf of Creditor   LSF9 Master Participation Trust
           cdigianantoni@rascrane.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
```

```
District/off: 0313-4            User: admin              Page 2 of 2              Date Rcvd: Sep 25, 2020
                               Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
         MARIO J. HANYON    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
         PAUL WILLIAM CRESSMAN    on behalf of Creditor    Wells Fargo Financial Pennsylvania, Inc.
          paeb@fedphe.com
         REBECCA ANN SOLARZ    on behalf of Creditor    CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 16
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Gene Hregician** | | Social Security number or ITIN | **xxx–xx–5111** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | | | |
| Case number:  **15–14994–pmm** | | | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gene Hregician

<u>9/24/20</u>

**By the court:**  <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**