United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-14994-pmm |
| Gene Hregician | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: ChrissyW  Page 1 of 2
Date Rcvd: Oct 05, 2020  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

**Recip ID        Recipient Name and Address**
db          +  Gene Hregician, 21 Church Street, Alburtis, PA 18011-9541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

**Name                          Email Address**

ANDREW SPIVACK
                on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

ANDREW SPIVACK
                on behalf of Creditor Wells Fargo Financial Pennsylvania  Inc. paeb@fedphe.com

DAVID B. SCHWARTZ
                on behalf of Debtor Gene Hregician david@dbsesq.com  DBSchwartzesq@aol.com

DAVID B. SCHWARTZ
                on behalf of Attorney David B. Schwartz david@dbsesq.com  DBSchwartzesq@aol.com

DENISE ELIZABETH CARLON
                on behalf of Creditor CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com

JEREMY JOHN KOBESKI
                on behalf of Creditor WELLS FARGO FINANCIAL PENNSYLVANIA  INC. jkobeski@grenenbirsic.com

| District/off: 0313-4 | User: ChrissyW | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 05, 2020 | Form ID: 195 | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JEROME B. BLANK
    on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

JOSEPH ANGEO DESSOYE
    on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

KEVIN M. BUTTERY
    on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

PAUL WILLIAM CRESSMAN
    on behalf of Creditor Wells Fargo Financial Pennsylvania  Inc. paeb@fedphe.com

REBECCA ANN SOLARZ
    on behalf of Creditor CSMC 2019-RPL9 Trust bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 16

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re:  : Chapter 13

Gene Hregician  : Case No. 15−14994−pmm

    Debtor(s)

***ORDER***
_____

AND NOW, this day , October 5,2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court